2005 NOV -9 AM 11: 17

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **1:05CR538** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO._____ |
| | ) | Title 21, §§841(a)(1) |
| ROOSEVELT WILLIAMS, | ) | (b)(1)(A) |
| | ) | and (b)(1)(B), |
| Defendant. | ) | United States Code |
| | ) | Title 21, §860, |
| | ) | United States Code |

COUNT 1

The Grand Jury charges:

On or about July 19, 2005, in the Northern District of Ohio, Eastern Division, ROOSEVELT WILLIAMS did knowingly and intentionally distribute five grams or more of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II narcotic drug controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

-2-

## COUNT 2

The Grand Jury further charges:

On or about August 4, 2005, in the Northern District of Ohio, Eastern Division, ROOSEVELT WILLIAMS did knowingly and intentionally distribute five grams or more of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II narcotic drug controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 3

The Grand Jury further charges:

On or about October 5, 2005, in the Northern District of Ohio, Eastern Division, ROOSEVELT WILLIAMS did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing a detectable amount of cocaine base (crack), a Schedule II narcotic drug controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 4

The Grand Jury further charges:

On or about July 19, 2005, in the Northern District of Ohio, Eastern Division, ROOSEVELT WILLIAMS, did knowingly and intentionally distribute cocaine base (crack), in violation of Title 21, United States Code, Section 841(a)(1), within 1,000

-3-

feet of a school facility; that is, Madison Jr. High School, 690 Ashland Road, Mansfield, Ohio.

All in violation of Title 21, United States Code, Section 860.

A TRUE BILL.

Original document - - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.