Form No. USA-152
(Rev. 9-02)

2005 NOV -9 AM 11: 19

PRAECIPE FOR WARRANT

IN THE UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __OHIO__

__EASTERN__ DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **1:05CR538** |
| vs. | ) | |
| ROOSEVELT WILLIAMS | ) | |
| | ) | **JUDGE WELLS** |

The Clerk of said Court will issue warrant, an __indictment__ against the above-named defendant having been filed in the above-entitled cause on the __9th__ day of __November__, 2005.

This __9th__ day of __November__, 2005.

Blas E. Serrano
Assistant United States Attorney

Warrant Issued: _____