IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ---------------------------------------------- : <br> UNITED STATES OF AMERICA : <br> : <br> Plaintiff : <br> : <br> -vs- : <br> : <br> ROOSEVELT WILLIAMS : <br> : <br> Defendant : <br> ---------------------------------------------- : | CASE NO. 1:05 cr 538 <br><br><br><br><br><br> ORDER ACCEPTING PLEA AGREEMENT <br> AND JUDGMENT AND NOTICE OF <br> HEARING |

UNITED STATES DISTRICT JUDGE LESLEY WELLS

    This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Kenneth S. McHargh regarding the change of plea hearing and plea agreement of Roosevelt Williams which was referred to the Magistrate Judge with the consent of the parties.

    On 9 November 2005, the government filed a four-count indictment against Roosevelt Williams for distribution of a controlled substance in violation of 21 U.S.C. § 841(a)(1)(b)(1)(B), 21 U.S.C. § (a)(1)(b)(1)(A), and distribution of a controlled substance within 1,000 feet from school grounds in violation of 21 U.S.C. § 860. On 10 November 2005, a hearing was held in which Roosevelt Williams entered a plea of not guilty before Magistrate Judge Nancy A. Vecchiarelli. On 10 April 2006, Magistrate Judge McHargh received Roosevelt William's plea of guilty and issued a Report and

Recommendation ("R&R") concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the ten days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Roosevelt Williams is found to be competent to enter a plea.  He understands his constitutional rights.  He is aware of the charges and of the consequences of entering a plea.  There is an adequate factual basis for the plea.  The Court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Roosevelt Williams is adjudged guilty of Count One in violation of 21 U.S.C. § (a)(1)(b)(1)(B).

Sentencing will be:

> **26 June 2006 at 2:00 p.m.**
>
> **Courtroom 18-A**
> **18th Floor, United States District Court**
> **801 West Superior Avenue**
> **Cleveland, Ohio 44113**

IT IS SO ORDERED.

Dated: <u>16 May 2006</u>                    /s/Lesley Wells
                                                         UNITED STATES DISTRICT JUDGE

2