IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
07 NOV -9 PM 3:30
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES OF AMERICA,  )
   Plaintiff-Respondent,  )
                                )
      -vs-               )
                                )
ROOSEVELT WILLIAMS,  )
   Defendant-Petitioner,  )

Case No.  1:05CR538

Judge:  Lesley Wells

### MOTION FOR A NEW TRIAL
### PURSUANT TO RULE 33(b)(1)

Now Comes the defendant, Roosevelt Williams, pro se, and moves this Honorable Court, pursuant to Fed.R.Crim.Proc. Rule 33(b)(1), requesting that he be given a new trial or conviction vacated, due to newly discovered evidence of fraud on the court.

In support hereof the defendant states as follows:

1. That he was convicted before this Court after entering into a plea agreement of guilty before the Court on 10 / April /200 6, and on 31 / August /200 6, he was sentenced to a term of 71 months in prison in the above captioned cause.

2. That newly discovered evidence has arisen nameing the informant for the government (Jerrell Bray), and federal agent(s) involved in his arrest on drug offenses lied and used unlawful tactics to obtain both arrest and conviction of alleged drug dealers in Cleveland Ohio's Manfield area, where local police were also involved.

3. That Mr. Williams is another defendant, besides others whom have already been release, that were victimized by Bray and Law Enforcement authorities. See: the Attached news paper articles labeled as exhibits, which are attached. (Further information will be given in defendant's Reply if needed).

4. That the aforemention information was obtained through diligence on Mr. Williams behalf. Two other defendant's that was arrested

in the same sting that Mr. Williams was arrested in. Mr. Williams did not have knowledge of this evidence when he plead guilty, and there-his plea was not knowingly, because if he would have known of this he would not have plead guilty.

Mr. Williams must be granted a new trial and he should be released on bail pending a new trial.

## CONCLUSION

That in light of Alvarez v. United States, 808 F.Supp. 1066 (1992 S.D. N.Y.), Mr. Williams respecfully request that his motion is granted.

Respectfully Submitted

Mr. Roosevelt Williams
Pro Se Defendant

## NOTICE OF FILING AND CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE, that the undersigned has filed a motion for a new trial within the United States District Court on 18 /October / 20 07 . This also Certifies that a copy of said documents were served upon Assistant United States Attorney, Blas E. Serrano, located at 400 U.S. Courthouse; 801 West Superior Avenue, Cleveland, Ohio 44113 .

Date: 18 /October /2007

Respectfully Submitted

Mr. Roosevelt Williams
U.S. Penitentiary
P.O. Box 33
Terre Haute, Indiana 47808
#30384-160

SUBSCRIBED AND SWORN BEFORE ME
This 30th Day of Oct. 2007

Notary Public