IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

-------------------------------------------------------- :
UNITED STATES OF AMERICA            : CASE NO.  1:05 CR 00538
                                                        :
                              Plaintiff   :
                                                        :
            -vs-                              : <u>ORDER</u>
                                                        :
                                                        :
  ROOSEVELT WILLIAMS,               :
                                                        :
                              Defendant   :
-------------------------------------------------------- :

UNITED STATES DISTRICT JUDGE LESLEY WELLS

This matter is before the Court upon the defendant Roosevelt Williams' Motion for a New Trial Pursuant to Fed. R. Civ. P. 33(b)(1).  (Doc. 35).  The government has responded to Mr. Williams' motion regarding his Plea Agreement as it pertains to the involvement of convicted confidential informant Jerrell Bray and has filed a Motion for Leave of Court to Dismiss "all charges currently pending against the above captioned defendant."  (Doc. 39).

In its review of the record, the United States noted that despite Mr. Williams' admissions of wrong-doing in his Plea Agreement, nevertheless, the government's "abiding belief in our system of justice and fundamental fairness [leads it to conclude that] Bray's illegal conduct in the Mansfield investigation (violating peoples' civil rights and committing perjury before this Court) is so pervasive that it leave the government with no alternative other than to conclude that these matters must be dismissed."  (Doc. 39 p. 4).

Upon review of the matter, this Court agrees.  Accordingly, the conviction and sentence of defendant Roosevelt Williams in Case No. 1:05 CR 00538 is vacated.

IT IS SO ORDERED.

    /s/Lesley Wells
UNITED STATES DISTRICT JUDGE

Dated: 27 May 2008